IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **CHARLENE HARRISON,** mother of minor J.H., | ) ) ) | **CASE NO. 3:09 CV 2334** |
| Plaintiff, | ) ) | **JUDGE JACK ZOUHARY** |
| v. | ) ) | **MAGISTRATE JUDGE WHITE** |
| **COMMISSIONER OF SOCIAL SECURITY,** | ) ) ) ) | |
| Defendant. | ) | **REPORT AND RECOMMENDATION** |

On October 8, 2009, Plaintiff Charlene Harrison, mother of minor J.H., challenged the final decision of the Commissioner of Social Security. This matter comes before this Court by automatic reference of administrative action pursuant to 28 U.S.C. § 636 and Local Rule 72.2.

On October 29, 2009, Magistrate Judge David S. Perelman entered an order setting forth the briefing schedule. (Doc. No. 6.) Defendant's answer and transcript were filed on January 4, 2010. (Doc. Nos. 10, 11.) Plaintiff's brief was due within forty-five (45) days thereafter, but was not filed.

On September 22, 2010, the matter was reassigned to this Court pursuant to General

Order No. 2010-34. On September 24, 2010, this Court entered a show cause order directing Plaintiff to respond by October 8, 2010, as to why the complaint should not be dismissed for want of prosecution. (Doc. No. 15.) Plaintiff has failed to respond.

Therefore, this Court recommends Plaintiff's complaint be dismissed for want of prosecution.

s/Greg White<br>United States Magistrate Judge

Dated:  October 14, 2010

**OBJECTIONS**
**Any objection to this Report and Recommendation must be filed with the Clerk of Courts within fourteen (14) days after the party objecting has been served with a copy of this Report and Recommendation. Failure to file objections within the specified time may waive the right to appeal the District Court's order. See** *United States v. Walters*, **638 F.2d 947 (6th Cir. 1981).** *See also Thomas v. Arn*, **474 U.S. 140 (1985),** *reh'g denied*, **474 U.S. 1111 (1986).**