IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Charlene Harrison,            Case No. 3:09 CV 2334

          Plaintiff,           MEMORANDUM OPINION
                             AND ORDER

   -vs-

                             JUDGE JACK ZOUHARY

Commissioner of Social Security,

          Defendant.

The Court has reviewed the Report and Recommendation of the Magistrate Judge filed October 14, 2010. Under the relevant statute (28 U.S.C. § 636(b)(1)(C) (2009)):

> Within fourteen days after being served with a copy, any party may serve and file written objections to such proposed findings and recommendations as provided by rules of court. A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made.

In this case, the fourteen-day period has elapsed and no objections have been filed. The failure to file written objections constitutes a waiver of a *de novo* determination by the district court of an issue covered in the report. *United States v. Sullivan*, 431 F.3d 976, 984 (6th Cir. 2005).

The Court has reviewed the R&R (Doc. No. 16), and having found it legally and factually accurate, adopts the R&R in its entirety.

IT IS SO ORDERED.

                                             s/ *Jack Zouhary*
                                             JACK ZOUHARY
                                             U. S. DISTRICT JUDGE

                                             October 29, 2010